AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marsdon Haywood Barfield, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    0:14-cv-00023-RBH |
| Warden, FCI Williamsburg, ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Marsdon Haywood Barfield, shall take nothing of the respondent, Warden, FCI Williamsburg, as to the petition filed this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, dismissed the petition without prejudice.

Date:   November 18, 2014                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                       s/G. Mills
                                                                          *Signature of Clerk or Deputy Clerk*